**IN THE MISSOURI COURT OF APPEALS**
**HANDDOWN LIST OF AUGUST 18, 2015**
**WESTERN DISTRICT**


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 84.16(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

| | |
|---|---|
| WD77545 | Rebecca Lake Wood, as Personal Representative for the Estate of Brandy L. Rye vs. Mark W. Westhusing |
| WD76993 | Taurian J. Burton vs. State of Missouri |
| WD77871 | Great American Bank vs. Raveill Investments, LLC, et al |
| WD78101 | In the Interest of: D.G.H. vs. Juvenile Officer |


**THE FOLLOWING CASES WERE AFFIRMED PURSUANT TO RULE 30.25(b)**
**AND ISSUED PER CURIAM**
--------------------------------------------------------------------

**None**